Francis J. Maloney III, OSB #953441
E-mail: fjm@mlrlegalteam.com
Scott A. MacLaren, OSB #123799
E-mail: sam@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR 97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Defendant
Sentinel Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WELLNESS HOLDINGS, LLC, an Oregon Limited Liability Company,<br><br>          Plaintiff,<br><br>  v.<br><br>SENTINEL INSURANCE COMPANY, LTD., a foreign corporation,<br><br>          Defendant. | Civil No.<br><br>NOTICE OF REMOVAL |

TO: The Clerk of the Court, United States District Court for the District of Oregon

Pursuant to 28 USC §1441 and 1446, Defendant Sentinel Insurance Company, Ltd. ("Sentinel") removes this action from the Circuit Court of the State of Oregon, for the County of Deschutes, to the United States District Court for the District of Oregon in Eugene, Oregon.

NOTICE OF REMOVAL
Page 1

1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1. On or about September 11, 2018, Sentinel was provided with a Summons and Complaint that had been filed in the Circuit Court of the State of Oregon, for the County of Deschutes, Case No. 18CV39241. Copies of the Summons and Complaint are attached hereto as Exhibits 1 and 2, respectively, and constitute all process, pleadings, and orders served on defendant in that action up to the present date.

2. Pursuant to 28 USC § 1441(a), a party may remove an action filed in the state court to the United States District Court if the district court has original jurisdiction over the action. This action is one over which the court has original jurisdiction under 28 USC § 1332(a)(1) because:

    (1) The amount in controversy exceeds $75,000; and

    (2) Defendant is not a citizen of the state in which the action was brought.

Defendant Sentinel Insurance Company, Ltd. is organized and incorporated under the laws of the state of Connecticut with its principal place of business in Connecticut.

3. The amount in controversy in this action exceeds $75,000 in that Plaintiff seeks, among other things, $705,102.02 in damages.

4. Removal is timely in that fewer than 30 days have elapsed since a copy of the Summons and Complaint was first provided to Sentinel 28 USC § 1446(b).

5. This notice is filed pursuant to Fed.R.Civ.P. 11.

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 2

WHEREFORE, Sentinel removes this action from the Circuit Court for the State of Oregon, for the County of Deschutes to the Eugene Division of the United States District Court, for the District of Oregon.

DATED: October 9, 2018

        MALONEY LAUERSDORF REINER, PC

        By /s/ Francis J. Maloney
           Francis J. Maloney, OSB #953441
           Scott A. MacLaren, OSB #123799
           Telephone: 503.245.1518
           Attorney for Defendant Sentinel Insurance Company, Ltd.

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 3